THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ------------------------------------------------------------ | x | |
| AJUDU ISMAILA ADAMU, Individually and as parent and natural guardian of Yahaya Ismaica, A Minor, ALTSCHULER & ALTSCHULER, et al., | : : : : | |
| Plaintiffs, | : : | Civil Action No. No. 3:09-cv-00778 (AVC) |
| v. | : : | December 14, 2009 |
| PFIZER, INC., | : : | |
| Defendant. | : | |
| ------------------------------------------------------------ | x | |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to D. Conn. L. Civ. R. 7(b), Defendant Pfizer, Inc. ("Pfizer") and Plaintiffs Adjudu Ismaila Adamu, individually and as parent and natural guardian of Yahaya Ismaica, a Minor, Altschuler & Altschuler, et al. (collectively, "Plaintiffs") respectfully request a sixty day extension of time up to and including March 4, 2010 to file a memorandum of law in opposition to Plaintiffs' Application for Temporary Injunction. The current deadline is January 4, 2010.

Good cause exists for the requested extension to allow the parties to analyze, investigate and adequately address the Application for Temporary Injunction.

This is the parties' seventh joint motion for extension of time regarding this deadline.

10128749-v1

DATED:		December 14, 2009

**Respectfully submitted,**

| | |
|---|---|
| **ALTSCHULER & ALTSCHULER** | **ROBINSON & COLE** LLP |
| By: /s/ *(with permission)*<br>    Richard P. Altschuler<br>    Altschuler & Altschuler<br>    509 Campbell Ave.<br>    PO Box 606<br>    West Haven, CT 06516<br>    Tel: 203-932-6464<br>    altschuler.ricky@snet.net | By:    /s/ *Nuala E. Droney*<br>    John H. Kane (CT 12273)<br>    1055 Washington Boulevard<br>    9th Floor<br>    Stamford, CT 06901-2249<br>    Telephone: (203) 462-7500<br>    Facsimile: (203) 462-7599<br>    jkane@rc.com<br><br>    Nuala E. Droney (CT 27192)<br>    Robinson & Cole LLP<br>    280 Trumbull Street<br>    Hartford, CT 06103-3597<br>    Tel. No.: (860) 275-8200<br>    Fax No.: (860) 275-8299<br>    ndroney@rc.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

**CERTIFICATION**

I hereby certify that on December 14, 2009 the foregoing was filed via CM/ECF and mailed via U.S. Mail and e-mail to the following:

Richard Altschuler, Esq.
Altschuler & Altschuler
509 Campbell Avenue
West Haven, CT 06516

*Counsel for Plaintiffs*

                                                            /s/ *Nuala E. Droney*